■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM M. WADDINGHAM, Appellant.— Order unanimously affirmed. (Appeal from order of Erie County Court denying a motion to vacate a judgment of conviction on March 23, 1960.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER EDWARDS, Appellant.— Order unanimously affirmed. (Appeal from order of Erie Supreme Court denying a motion to vacate a judgment of conviction for felony murder in 1956.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER HUJAR, Appellant.— Order unanimously affirmed. (Appeal from order of Onondaga County Court, denying a motion to vacate a judgment of conviction on December 29, 1959.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AARON R. BRAGG, JR., Appellant.— Order unanimously affirmed. (Appeal from order of Erie Special Term denying a motion to vacate a judgment of conviction rendered on March 12, 1954.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry. JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS WILLIAMMEE, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Cayuga County Court dismissing a writ of habeas corpus and remanding relator to the Warden of Auburn Prison.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.